160 So. 556

### Hovey GULLEDGE v. STATE.

### 4 Div. 813.

Supreme Court of Alabama.

March 28, 1935.

Guy W. Winn, of Clayton, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Hovey Gulledge for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gulledge v. State, 160 So. 556.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.